# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OVBOKHAN ADUN ODIASE,       )

       )

       Petitioner,       )

       )

       vs.       )       Civil Action No. 3:25-cv-206

       )       Judge Stephanie L. Haines

LEONARD ODDO, *in his official capacity*  )

*as Warden of Moshannon Valley Processing*  )

*Center, et al.*,       )

       )

       Respondents.       )

## ORDER

AND NOW, this 17th day of November 2025, upon due consideration of: Petitioner Ovbokhan Adun Odiase's ("Ms. Odiase") Emergency Motion for a Temporary Restraining Order ("T.R.O."), ECF No. 54; Respondents' Response in Opposition, ECF No. 59, wherein, Respondents contend, among other things, that Ms. Odiase's T.R.O. is now moot, *id.* at p. 4; and Ms. Odiase's Reply, ECF No. 60, wherein she requests that "her motion be dismissed without prejudice" as it "is now moot," *id.* at pp. 1–2, IT IS HEREBY ORDERED that Ms. Odiase's Motion for a T.R.O., ECF No. 54, is DENIED as moot. This Court's Order entered at ECF No. 57 on November 5, 2025, is HEREBY TERMINATED.

IT IS FURTHER ORDERED that Petitioner's Habeas Petition at ECF No. 1 remains before the Magistrate Judge for consideration in the first instance.

BY THE COURT:

STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE