**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| OVBOKHAN ADUN ODIASE,<br>*Petitioner,*<br><br>v.<br><br>LEONARD ODDO, *et al.*<br>*Respondents.* | Case No. 3:25-cv-206 |

## ~~PROPOSED~~ ORDER

Upon consideration of the Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 41, and on consent of the parties, IT IS HEREBY ORDERED that this Habeas Petition is Dismissed. The Clerk of Court is Directed to Close this Case.

DATED: __April 17__, 2026

Stephanie L. Haines
U.S. District Judge

1